AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| PELEUS INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> AVO CONSTRUCTION, LLC, BEVERLY BRACKER AND CHARLES F. SALLEY, AS TEMPORARY GUARDIANS OF THE PERSON AND PROPERTY OF TIMOTHY BRACKER and 19 RICHARDSON, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:21-cv-04129-ARR-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BEVERLY BRACKER AND CHARLES F. SALLEY, AS TEMPORARY
GUARDIANS OF THE PERSON AND PROPERTY OF
TIMOTHY BRACKER
c/o Robert A. Cardali & Assoc., LLP
39 Broadway, 35th Floor
New York, New York 10006

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LONDON FISCHER LLP
William J. Edwins
Attorneys for Plaintiff
Peleus Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/17/2021

Douglas C. Palmer by Roseann Guzzi



*Signature of Clerk or Deputy Clerk*

