UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PELEUS INSURANCE COMPANY,

                               Plaintiff,                        Civil Case No.:
    -against-                                       1:21-cv-04129

AVO CONSTRUCTION, LLC, BEVERLY BRACKER and        STIPULATION
CHARLES F. SALLEY, as Temporary Co-Guardians of the
Person and Property of TIMOTHY BRACKER, and
19 RICHARDSON, LLC,

                               Defendants.
-------------------------------------------------------------------------X
        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

respective parties that the time of defendants BEVERLY BRACKER and CHARLES F. SALLEY,

Temporary Co-Guardians of the Person and Property of TIMOTHY BRACKER, to appear and

Answer the Complaint for Declaratory Judgment, is hereby extended up to and including October

6, 2021.

Dated:  New York, NY
        September 13, 2021

_____
LAW OFFICES OF ROBERT A. CARDALI, LLP
By: Martin Grossman, Esq.
Attorneys for Defendants, Beverly Bracker and
Charles F. Salley, Temporary Co-Guardians
of the Person and Property of Timothy Bracker
39 Broadway, 35th Floor
New York, NY 10006
(212) 964-3855


_____
LONDON FISCHER LLP
By: William J. Edwins, Esq.
Attorneys for Plaintiff, Peleus Insurance Company
59 Maiden Lane, 39th floor
New York, NY 10038
(212) 972-1000